# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE PURINGTON FAMILY TRUST, ) <br> RICHARD A. PURINGTON, TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> FIA CARD SERVICES, NA, MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC., AMERICAN ) <br> INTERNATIONAL GROUP FEDERAL ) <br> SAVINGS BANK, WILMINGTON ) <br> FINANCE, INC., A DIVISION OF AIG ) <br> FEDERAL SAVINGS BANK, UNITED ) <br> STATES OF AMERICA DEPARTMENT ) <br> OF THE TREASURY, INTERNAL ) <br> REVENUE SERVICE, JED ) <br> RICHARDSON, and DONNA ) <br> RICHARDSON, ) <br> ) <br> Defendants. ) <br> _____) | Case Number: 11-cv-00241-PB, formerly <br> Civil No. 211-2011-CV-00018 <br> Belknap County Superior Court <br><br> Judge Paul J. Barbadoro |

## PROPOSED ORDER

Defendants AIG Federal Savings Bank, Wilmington Finance, Inc., Jed Richardson, and Donna Richardson, having failed to plead or otherwise defend in this action and their defaults having been entered,

Now, upon the request of the plaintiff and affidavits demonstrating that defendants are not infants or incompetent persons or in the military service of the United States, it is hereby

ORDERED, ADJUDGED, AND DECREED that AIG Federal Savings Bank, Wilmington Finance, Inc., Jed Richardson, and Donna Richardson have no interest, right, title, or

7862263.1

claim in or to a parcel of real property located in the County of Belknap, State of New Hampshire, previously defined as "Parcel A" in the Complaint (hereinafter "Parcel A"):

> All that certain tract or parcel of land on the southeasterly side of Hoadley Road, f/k/a Cross Road, in Belmont, Belknap County, New Hampshire, lying between the present southeasterly edge of the right of way of Hoadley Road as laid out in 1989 and the northwesterly edge of the right of way of Old Hoadley Road at land now of the Purington Family Revocable Trust, which tract is shown on Plan entitled "Tax Map 226 Lot 35 Boundary Plan Land of Purington Family Revocable Trust 52 Hoadley Road Belmont, NH" dated June 2009, by Bryan L. Bailey Associates, Inc., recorded in Plan Drawer L 68 Plan #90 at the Belknap County Registry of Deeds, and which tract is more particularly bounded and described as follows:
>
> Beginning at a two inch iron pipe found two feet high at a stone wall at the northwesterly corner of land of Purington Family Trust on the southeasterly side of Old Hoadley Road;
>
> thence running South 19º 57' 46" West on the southeasterly side of Old Hoadley Road on the stone wall and land of Purington Family Revocable Trust a distance of 154.37 feet to a point in said stone wall;
>
> thence running South 12º 27' 39" West on the southeasterly side of Old Hoadley Road, said stone wall and land of Purington Family Revocable Trust a distance on 25.82 feet to a point in said stone wall;
>
> thence running South 38º 50' 45" West on the southeasterly side of Old Hoadley Road, said stone wall and land of Purington Family Revocable Trust a distance of 103.50 feet to a point at the end of said stone wall;
>
> thence running South 41º 28' 05" West on the southeasterly side of Old Hoadley Road and land of Purington Family Revocable Trust a distance of 35.27 feet to a point;
>
> thence running South 59 º 23' 50" West on the southeasterly side of Old Hoadley Road and land of Purington Family Revocable Trust a distance of 201.24 feet to a ½ inch iron rod found 0.5 feet high  at the end of a stone wall at the southwesterly corner of land of Purington Family Trust;
>
> thence running North 32º 39' 26" West a distance of 8.64 feet to a one inch iron pipe found 0.2 feet high in the southeasterly edge of the right of way of  Hoadley Road as relocated by the Town of Belmont in 1989;
>
> thence running on the southeasterly edge of the current right of way of Hoadley Road as relocated in 1989 the following courses and distances:
>
> on the arc of a curve to the left with a radius of 950.00 feet a distance of 85.49 feet to a one inch iron pipe found 0.2 feet high;

North 39º 35' 55" East a distance of 116.47 feet to a 5/8 inch rebar set flush;

continuing North 39º 35' 55" East a distance of 127.08 feet to a 3/4 inch iron pipe found 0.4 feet high; and

on the arc of a curve to the left with a radius of 1550.00 feet a distance of 158.82 feet to a 5/8 inch rebar set 1.0 feet high;

thence running South 71º 09' 14" East a distance of 17.98 feet to the two inch iron pipe found two feet high at the stone wall on the southeasterly edge of the right of way of Old Hoadley Road at the northwesterly corner of land of Purington Family Revocable Trust and the point of beginning.

Meaning and intending to describe all that land located southeasterly of Hoadley Road adjacent to land of Purington Family Revocable Trust located between "Old Hoadley Road" and the current location of Hoadley Road as laid out by the Town of Belmont in 1989 as may have been included in the Warranty Deed from Richard A. Purington and Elsie M. Purington to Jed C. Richardson and Donna Richardson dated December 3, 1994, recorded at the Belknap County Registry of Deeds in Book 1319, Page 426.  See also Corrective Quitclaim Deed from Jed C. Richardson and Donna Richardson to Richard A. Purington, Trustee of the Purington Family Revocable Trust dated August 16, 2010, recorded at the Belknap County Registry of Deeds in Book 2660, Page 197 and Confirmatory Corrective Quitclaim Deed from Jed C. Richardson and Donna Richardson to Richard A. Purington, Trustee of the Purington Family Revocable Trust, dated November 15, 2010, recorded at the Belknap County Registry of Deeds in Book 2677, page 285.

**IT IS SO ORDERED:**

Dated: <u>March 16, 2012</u>

By: <u>/s/ Paul Barbadoro</u>
   PAUL J. BARBADORO
   United States District Judge

7862263.1